IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALEX RYLE, | § | |
| | § | No. 28, 2024 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N23C-02-192 (N) |
| CORRECTIONAL OFFICER | § | |
| OUTEN, LIEUTENANT | § | |
| VERONICA TILGHMAN, | § | |
| SERGEANT MATTHEW | § | |
| DUTTON, SERGEANT | § | |
| BURLEY, MAJOR JASON | § | |
| SCHAFFER, and BUREAU | § | |
| CHIEF SHANE TROXLER, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: July 26, 2024
Decided: September 24, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's January 5, 2024 Memorandum Opinion.[1]

---

[1] *Ryle v. Outen*, 2024 WL 66022 (Del. Super. Ct. Jan. 5, 2024).

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice